Nov. Term,
1860.

KORTEPETER
v.
WRIGHT.

---

KORTEPETER *v.* WRIGHT and Others.

Thursday,
January 26.

APPEAL from the *Marion* Circuit Court.

*Per Curiam.*—Suit by *Wright* and others against *Kortepeter*, on a promissory note. Judgment by default.

Two points are made for the reversal of the judgment: *First*, that process was not served in time; *Second*, that the judgment was for too much.

The process was served on the 15th of *October*, 1858, and the term of the Court, at which judgment was rendered, commenced on the 25th of the same month. This was in time, as has been repeatedly decided. *Womack* v. *McAhren*, 9 Ind. 6; *Blair* v. *Manson, id.* 357.

The judgment is for no more than appeared to be due upon the note.

The judgment below is affirmed, with costs and 10 per cent. damages.

*R. L. Walpole* and *K. Ferguson*, for appellant.

*F. Rand*, for appellees.